# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| M.O., | |
|   Plaintiff, | |
| v. | |
| M.B. | |
|   Defendant, | Case No. 2116-CV11283 |
| | Division 7 |
| AND | |
| | Oral Argument Requested |
| GEICO GENERAL INSURANCE COMPANY | |
| and | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | |
| Intervenors. | |

## GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY'S MOTION TO AMEND THE JUDGMENT AND SUGGESTIONS IN SUPPORT

Pursuant to Missouri Supreme Court Rules 75.01 and 78.07, Intervenors GEICO General Insurance Company and Government Employees Insurance Company (collectively, "GEICO"), move to amend the judgment.

## ARGUMENT

Plaintiff M.O. ("Plaintiff") filed an Application asking this Court to approve a collusive and non-adversarial $5,200,000 arbitration award. This Court entered judgment confirming that arbitration award on July 2, 2021. In the judgment, the Court adopted and incorporated the Findings, Conclusions, and Award from the arbitration and indicated the Findings, Conclusions, and Award were attached to the judgment. The judgment did not, however, attach the Findings, Conclusions, and Award. As such, the Court erred "relating to the form or language of the

EXHIBIT C

judgment" by not attaching the Findings, Conclusions, and Award as indicated. Mo. Sup. Ct. R. § 78.07(c). Therefore, GEICO asks that the judgment be amended to attach the arbitration's Findings, Conclusions, and Award.

This motion is separate and distinct from any other post-judgment relief sought by GEICO; GEICO still asks this court, in its other motions, to vacate its judgment, vacate the arbitration award, and permit discovery with GEICO as a full participant. GEICO continues to maintain that the arbitration award, and any judgment thereupon, is invalid and unenforceable regardless of the outcome of this present motion.

**WHEREFORE**, GEICO respectfully requests the Court amend the judgment, and order such other and further relief as is just and proper.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Douglas S. Beck*
Douglas S. Beck, MO #49984
Sarah Lynn Baltzell, MO #60937
W. Clark Richardson, MO #66948
Michael T. Hayes, MO #71922
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
dbeck@shb.com
slynn@shb.com
wrichardson@shb.com
mhayes@shb.com
*Attorney for Intervenors*
*GEICO General Insurance Company*
*and Government Employees Insurance*
*Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed and served via the Court's electronic filing system on July 30, 2021, on all counsel of record, including:

MONSEES & MAYER, P.C.
David M. Mayer, MO #15880
Phillip R. Martens, MO #27386
4717 Grand Ave., Suite 820
Kansas City, MO 64112
Telephone: 816-361-5555
Facsimile:  816-361-5577
dmayer@monseesmayer.com
rmartens@monseesmayer.com
*Attorneys for Plaintiff M.O.*


EVANS & DIXON, L.L.C.
Brian J. Niceswanger
Stephanie A. Preut
82 Corporate Woods, Suite 900
10851 Mastin Blvd.,
Overland Park, KS 66210
Telephone: 913-701-6810
Facsimile:  913-341-2293
KCCivilLit@evans-dixon.com
*Attorneys for Defendant M.B.*


*/s/ Douglas S. Beck*
*Attorney for Intervenors*
*GEICO General Insurance Company and*
*Government Employees Insurance Company*

4841-2084-1202