**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY-LEAVENWORTH DIVISION**

| | | |
|---|---|---|
| **GEICO GENERAL INSURANCE COMPANY,** | ) ) ) | |
| and | ) ) | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 2:21-cv-02164-DDC-ADM |
| **MARTIN BRAUNER,** | ) ) | |
| Defendant. | ) ) | |
| AND | ) ) | |
| **MARTIN BRAUNER,** | ) ) | |
| Counter-plaintiff, | ) ) | |
| v. | ) ) | |
| **GEICO GENERAL INSURANCE COMPANY,** | ) ) ) | |
| and | ) ) | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY,** | ) ) ) ) | |
| Counter-defendants, | ) | |

**GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY'S MOTION TO COMPEL BRAUNER'S PRODUCTION OF THE RSMO. SECTION 537.065 AGREEMENT**

Plaintiffs/Counter-defendants GEICO General Insurance Company and Government Employees Insurance Company (collectively "GEICO"), move this Court for an order requiring Defendant/Counter-claim Plaintiff Martin Brauner to produce the subject RSMo. Section 537.065 agreement he allegedly entered with claimant M.O. related to her subject liability claim (the "537.065 Agreement").  In further support of the instant Unopposed Motion, GEICO incorporates by reference as if fully set forth herein its concurrently filed Memorandum in Support.

WHEREFORE, GEICO respectfully requests this Court enter an order that requires Brauner to promptly produce, by the following business day after the entry of this Court's order, the 537.065 Agreement and further affords GEICO other and further relief as is just and proper.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ W. Clark Richardson
Douglas S. Beck, #70743
W. Clark Richardson, #27740
2555 Grand Boulevard
Kansas City, Missouri  64108-2613
Telephone:  816-474-6550
Facsimile:   816-421-5547
dbeck@shb.com
wrichardson@shb.com
*Attorneys for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

    Undersigned counsel hereby certifies that on this 18th day of November, 2021, it served the above via operation of this Court's electronic case notification system to all counsel of record.

                                                                    */s/ W. Clark Richardson*
                                                                    *Attorneys for Plaintiffs/Counter-Defendants*