# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:21-cv-02164-DDC-ADM |
| M.O., et al., | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANT M.B.'S RESPONSES AND OBJECTIONS TO
GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES
INSURANCE COMPANY'S FIRST REQUESTS FOR PRODUCTION TO M.B.**

COMES NOW, defendant M.B. (hereinafter "defendant" and/or "M.B."), by and through his counsel of record, and submits the following responses to plaintiffs' First Request for Production as follows:

**GENERAL OBJECTIONS**

1.      Defendant objects to the Requests to the extent that the responses sought are protected by the attorney-client privilege and/or the attorney work product doctrine. This objection includes, without limitation, information requested which relates to or concerns mental impressions, conclusions, opinions, or legal theories of an attorney or representative of defendant's concerning the litigation.

2.      Defendant objects to the Requests to the extent that the responses may be derived or ascertained from plaintiffs' own records.

3.      Defendant objects to the Requests to the extent that they seek responses which are neither relevant to the subject matter of this litigation nor reasonably calculated

to lead to the discovery of admissible evidence.

4.     Defendant reserves all objections as to the competency, relevance, materiality, privilege or admissibility as evidence in any subsequent proceeding in, or trial of, this or any other action for any purpose whatever.

5.     Defendant objects to the Requests to the extent that many are overly broad in their scope, requiring defendant to retrieve documents that could span over a significant period of time and which cannot be reasonably calculated to lead to the discovery of admissible evidence.

## REQUESTS FOR PRODUCTION

**REQUEST NO 1:**  All documents You relied upon in answering any Interrogatories propounded to You by Plaintiff/Counter-Defendants GEICO in this lawsuit.

**RESPONSE:   See medical records which will be produced once the Protective Order is entered; also see Answer to Interrogatory No. 3.**

**REQUEST NO 2:**  A true and correct copy of any agreement between You and M.O. relating in any way to the Incident, the Arbitration, or the Petition and the claims made therein, including without limitation any arbitration agreement, any agreement pursuant to Mo. Rev. Stat § 537.065, any agreement in which you agreed to share recovery of a settlement or judgment in any litigation, or any agreement in which purports to include an assignment of any rights or claims.

**RESPONSE:   Defendant objects to Request No. 2 on the basis it seeks documents that are considered confidential under the 537.065 Agreement and cannot be produced except by Court order.**

**REQUEST NO 3:**  All communications between You and GEICO related to the subject liability claim, the protection of Your personal assets, the Petition and the claims

2